## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **JAMES CUSACK,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **C.A. NO.  4:22-cv-385** |
| | § | |
| **WALGREEN CO.,** | § | |
| | § | |
| **Defendant** | § | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff JAMES CUSACK and Defendant WALGREEN CO. (the "Parties") file this Joint Motion to Dismiss this case and represent to the Court that they no longer wish to proceed with this action.

The Parties, therefore, respectfully request that the Court enter an order dismissing this case with prejudice to refile and stating that each party is to bear their own costs. The Parties also request that the Court grant them any other relief to which they may be entitled.

DATED November 8, 2022.

Respectfully submitted,

LAW OFFICE OF PHIL GRIFFIS

By:    /s/ Phil Griffis
       PHIL GRIFFIS
       TBN: 08476400
       FBN:.10528
       1322 Space Park Drive, Suite A248
       Houston, Texas 77058
       Telephone:  (832) 284-4013
       Telecopier:  (713) 493-7253
       pgriffis@griffislawfirm.com
       ATTORNEY FOR DEFENDANT

DASPIT LAW FIRM

By:    /s/ Nathan Surprise
       Nathan Surprise
       Attorney-in-Charge
       Texas State Bar No. 24097163
       Fed. Bar No. 3684551
       Brevin Jackson
       Texas State Bar No. 24120352
       440 Louisiana St., Suite 1400
       Houston, Texas 77002
       Telephone: (713) 322-4878
       Facsimile: (713) 587-9086
       Email: e-service@daspitlaw.com
       ATTORNEY FOR PLAINTIFF