Case 4:22-cv-00385   Document 23   Filed on 11/08/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 08, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES CUSACK, | § | |
| Plaintiff | § § § | |
| VS. | § § | C.A. NO. 4:22-cv-385 |
| WALGREEN CO., | § § § | |
| Defendant | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

ON THIS DAY, the Court considered the Joint Motion to Dismiss filed by Plaintiff, JAMES CUSACK and Defendant WALGREEN CO. Finding that the motion is meritorious, the Court hereby GRANTS the Joint Motion to Dismiss.

The above-styled cause of action is hereby DISMISSED, with prejudice to refile.

Each party is to bear its own costs.

SIGNED on November 8, 2022

_George C. Hanks Jr._
JUDGE PRESIDING